UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JACK RUSSELL MUSIC LTD.,  :
:
               Plaintiff/Counterclaim-Defendant,  :
:
   -v-  :
:
21ST HAPIILOS DIGITAL DISTRIBUTION, INC. et al.,  :     23-CV-4906 (JMF)
:
               Defendants/Counterclaim-Plaintiffs,  :     <u>ORDER</u>
:
   -v-  :
:
NW ROYALTY CONSULTING LLC,  :
:
               Counterclaim-Defendant.  :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 23, 2023, Counterclaim-Defendants filed a motion to dismiss some of Counterclaim-Plaintiffs' counterclaims under Rule 12(b) of the Federal Rules of Civil Procedure. On November 20, 2023, Counterclaim-Plaintiffs amended their counterclaims pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.[1]

      Accordingly, it is hereby ORDERED that, no later than **December 4, 2023**, Counterclaim-Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Counterclaim-Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Counterclaim-Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed **within fourteen days**, and any reply shall be filed **within seven days** of any opposition.

      SO ORDERED.

Dated: November 21, 2023
       New York, New York
                                        JESSE M. FURMAN
                                        United States District Judge

---

[1] No later than **November 22, 2023**, Counterclaim-Plaintiffs shall file a redline showing all differences between the original and revised counterclaims, as required under Rule 1.B of the Court's Individual Rules.