UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JACK RUSSELL MUSIC LTD.,                                             :
                                                                     :
                        Plaintiff/Counterclaim-Defendant,            :
                                                                     :
        -v-                                                          :
                                                                     :
21ST HAPILOS DIGITAL DISTRIBUTION, INC. et al.,    :        23-CV-4906 (JMF)
                                                                     :
                Defendants/Counterclaim-Plaintiffs,    :              ORDER
                                                                     :
        -v-                                                          :
                                                                     :
NW ROYALTY CONSULTING LLC,                                          :
                                                                     :
                        Counterclaim-Defendant.                     :
                                                                     :
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

        In light of Counterclaim-Defendants' new motion to dismiss, *see* ECF No. 38,
Counterclaim-Defendants' earlier motion to dismiss filed at ECF No. 31 is hereby DENIED as
moot. Counterclaim-Plaintiffs' opposition to the new motion to dismiss is due by **December 18,
2023**. Counterclaim-Defendants' reply, if any, is due by **December 29, 2023**.

        The Clerk of Court is directed to terminate ECF No. 31.

        SO ORDERED.

Dated: December 5, 2023
        New York, New York                    _____
                                              JESSE M. FURMAN
                                              United States District Judge