UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JACK RUSSELL MUSIC LTD., :
:
        Plaintiff/Counterclaim-Defendant, :
:      23-CV-4906 (JMF)
   -v- :
:           ORDER
21ST HAPILOS DIGITAL DISTRIBUTION, INC. et :
al., :
:
        Defendants/Counterclaim-Plaintiffs, :
:
   -v- :
:
NW ROAYLTY CONSULTING LLC, :
:
        Counterclaim-Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 4, 2023 Order, ECF No. 27, the parties were required to file a joint letter indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the court-annexed mediation program for settlement purposes, by January 5, 2024. To date, the parties have not filed any such letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 10, 2024**.

      SO ORDERED.

Dated: January 8, 2024
       New York, New York
                                        _____
                                            JESSE M. FURMAN
                                         United States District Judge