UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JACK RUSSELL MUSIC LTD.,                                               :
:
        Plaintiff/Counter-Defendant,                                 :
:
     -v-                                                              :
:
21ST HAPILOS DIGITAL DISTRIBUTION, INC. et al.,                        :    23-CV-4906 (JMF)
:
        Defendants/Counter-Claimants,                                :    ORDER
:
     -v-                                                              :
:
NW ROYALTY CONSULTING LLC et al.,                                      :
:
        Counter-Defendants.                                          :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- The parties shall produce all outstanding document discovery by **July 12, 2024**, and complete fact discovery, including any and all depositions, by **August 12, 2024**. Given that the parties have already had nine months to complete discovery, no further extensions will be granted. Because both parties agree that there is no need for expert discovery in this case, all discovery will close on August 12, 2024.

- The parties shall appear for a conference with the Court on **August 14, 2024**, at **2:30 p.m.** The parties should be prepared to discuss their intentions with respect to summary judgment motion practice and/or trial. Unless and until the Court orders otherwise, any motions for summary judgment or the parties' proposed Joint Pretrial Order are due 30 days after the close of discovery. *See* ECF No. 27, at 4.

- By separate Order entered today, the Court will refer the parties to Magistrate Judge Cave to engage in settlement discussions to take place no later than **August 26, 2024** — i.e., two weeks after the close of discovery. The parties shall contact her Chambers no later than **July 10, 2024**, to schedule the settlement conference.

    SO ORDERED.

Dated: July 3, 2024　　　　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge