# Cox Padmore Skolnik & Shakarchy LLP
### Attorneys at Law

**Ralph N. Gaboury, Esq.**
**Of Counsel**
**Also admitted in**
**Massachusetts and Rhode Island**

October 23, 2024

*Via ECF Filing*

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *Jack Russell Music Ltd. v. 21st Hapilos Digital Distribution, Inc. and Hapilos Publishing LLC v. NW Royalty Consulting LLC* **(Civil Action No. 23 Civ 4906)**

**Request to adjourn telephone conference to October 31 @ 5pm**

Dear Judge Cave:

This firm represents Defendants/Counterclaim-Plaintiffs 21st Hapilos Digital Distribution, Inc. and Hapilos Publishing LLC in the above-referenced matter.

The next telephonic conference with you is currently scheduled for October 29, 2024, at 3:45pm. Hillel Parness, counsel for plaintiff Jack Russell Music Ltd. and counterclaim defendant NW Royalty Consulting LLC, is teaching a class that night. **Accordingly, for good cause, the parties request that the conference be rescheduled to October 31, 2024, at 5pm** (which date and time Your Honor provided by e-mail).

Respectfully submitted,

Ralph N. Gaboury

cc: Hillel Parness, Esq. (by ECF Filing)

---

The parties' request at ECF No. 78 is **GRANTED,** and the telephone conference currently set for Tuesday, October 29, 2024 at 3:45 p.m. is **ADJOURNED** to **Thursday, October 31, 2024 at 5:00 p.m.,** on the Court's conference line. Counsel are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 78.

SO ORDERED. October 24, 2024

SARAH L. CAVE
United States Magistrate Judge

---

Denver
303-839-9191

Great Neck
516-829-1080

Hackensack
201-489-0050