UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

          Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,

          Defendants and Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

          Counter-Defendant

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephone conference held today, March 3, 2025, on or before **April 3, 2025**, the parties shall file a joint letter setting forth the status of their settlement negotiations.

Dated:    New York, New York
            March 3, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**