UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

                Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,

                Defendants and
                Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

                Counter-Defendant

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants request a settlement conference after June 19, 2025, "to discuss certain serious issues that have arisen with respect to the Binding Settlement Term Sheet." (ECF No. 102). Defendants' request is **GRANTED**.

A conference is scheduled for **Tuesday, June 24, 2025, at 11:00 a.m. ET** and will take place by videoconference hosted by the Court on the Webex platform. The Court will provide a link before the conference.

Dated:    New York, New York
            June 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**