**PARNESS LAW FIRM, PLLC**

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

June 17, 2025

VIA ECF

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

      Re:    Jack Russell Music Ltd. v. 21st Hapilos Digital Distribution, Inc.,
            <u>Docket No. 1:23-cv-04906</u>

Dear Judge Cave:

I am counsel for Plaintiff/Counterclaim Defendant Jack Russell Music Ltd. and Counterclaim Defendant NW Royalty Consulting LLC.  There is a remote settlement conference currently scheduled for June 24, 2025 at 11 a.m.  ECF 103.  I am unavailable that day due to a previously-scheduled, out-of-town, multi-day deposition.

I have conferred with counsel for the Hapilos Parties and determined that July 7, 8 or 9 are currently open for both of us and our clients, and therefore we respectfully request that the June 24 conference be adjourned to one of those three dates, subject of course to the Court's availability.

Counsel for the parties thank the Court for its ongoing attention and assistance.

                              Respectfully submitted,

                              Hillel I. Parness

cc: Counsel of Record (via ECF)

---

The parties' request at ECF No. 104 is **GRANTED.** The Court does not have availability on July 7, 8, or 9, but the video-conference set for June 24, 2025 (ECF No. 103) is **ADJOURNED** to **Thursday, July 31, 2025, at 10:00 a.m. ET** and will be hosted by the Court on the Webex platform.  The Court will provide a link before the conference.

The Clerk of Court is respectfully directed to close ECF No. 104.

SO ORDERED.    June 18, 2025

SARAH L. CAVE
United States Magistrate Judge