# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

July 28, 2025

VIA ECF

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re: Jack Russell Music Ltd. v. 21st Hapilos Digital Distribution, Inc.,
Docket No. 1:23-cv-04906

Dear Judge Cave:

I am counsel for Plaintiff/Counterclaim Defendant Jack Russell Music Ltd. and Counterclaim Defendant NW Royalty Consulting LLC. There is a remote settlement conference currently scheduled for July 31, 2025 at 10 a.m.

I have run into a conflict with an in-person appearance in another case in another court at that same time. I am writing, with the consent of opposing counsel, to respectfully request that our call with Your Honor be moved to the afternoon of July 31, 2025, or – if that is not possible – to a later date.

My clients and I thank the Court for its ongoing attention and assistance.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

---

The parties' request at ECF No. 106 is **GRANTED**. The Court does not have availability in the afternoon of July 31, 2025, but the video-conference set for July 31, 2025 at 10:00 a.m. ET (ECF No. 105) is **ADJOURNED** to **August 6, 2025 at 2:00 p.m. ET** and will be hosted by the Court on the Webex platform. The Court will provide a link before the conference.

The Clerk of Court is respectfully directed to close ECF No. 106.

SO ORDERED.   July 28, 2025

SARAH L. CAVE
United States Magistrate Judge