UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

              Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,

              Defendants and Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

              Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

There is presently a Settlement Conference scheduled for **August 6, 2025, at 2:00 p.m. ET** which will take place <u>by videoconference</u> hosted by the Court on the Webex platform. On or before **August 1, 2025**, the parties shall email the annexed Attendance Acknowledgment Form to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel. Upon receipt of the parties' Attendance Acknowledgement Forms, the Court will email the Webex link to the parties.

Dated:      New York, New York
              July 30, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the      ☐ Plaintiff      ☐ Defendant

☐  I acknowledge that I am attending a virtual settlement conference **through the Court's Webex platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.
_____
_____
_____

☐  I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:
_____
_____
_____

Next to the name of each conference participant, please indicate the email address to which the Webex invitation should be sent.

_____                    _____
Signature                                          Date


_____
Name (print)

7