UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

           Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,

           Defendants and Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

           Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held on August 6, 2025, the parties shall (i) finalize and execute their settlement agreement by **September 12, 2025,** and (ii) finalize the calculations required pursuant to the settlement agreement by **November 14, 2025**.

A telephone conference to discuss the status of the parties' settlement negotiations, with counsel only, is scheduled for **September 9, 2025, at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
           August 6, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**