UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK RUSSELL MUSIC LTD.,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,<br><br>　　　　　　　　　Defendants and<br>　　　　　　　　　Counter-Claimants,<br><br>　-v-<br><br>NW ROYALTY CONSULTING LLC,<br><br>　　　　　　　　　Counter-Defendant. | CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on September 30, 2025, on or before **November 14, 2025**, the parties shall file a joint letter setting forth the status of the parties' execution of their settlement agreement (the "Agreement") and the completion of the calculations required under the Agreement.

Dated:　　New York, New York
　　　　　September 30, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**