UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

      Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and
HAPILOS PUBLISHING LLC,

      Defendants and
      Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

      Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 117, the parties were required to file a joint letter (the "Joint Letter") setting forth the status of the parties' execution of their settlement agreement (the "Agreement") and the completion of the calculations required under the Agreement by February 13, 2026. (Dkt. No. 117). To date, the parties have not filed the Joint Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Joint Letter up to and including **February 24, 2026**.

Dated:  New York, New York
    February 17, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**