UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

                        Plaintiff,

        -v-

                                                    CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and            **ORDER**
HAPILOS PUBLISHING LLC,

                        Defendants and
                        Counter-Claimants,

        -v-

NW ROYALTY CONSULTING LLC,

                        Counter-Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the telephone conference held on April 20, 2026, another telephone conference to discuss the status of the parties' execution of their settlement agreement is scheduled for **April 29, 2026 at 4:30 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              April 20, 2026                SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**