UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

                    Plaintiff,

    -v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and
HAPILOS PUBLISHING LLC,

                    Defendants and
                    Counter-Claimants,

    -v-

NW ROYALTY CONSULTING LLC,

                    Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on May 1, 2026, another telephone conference to discuss the status of the parties' execution of their settlement agreement is scheduled for **Tuesday, May 5, 2026 at 5:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
          May 1, 2026              SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**