UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

                           Plaintiff,

    -v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and
HAPILOS PUBLISHING LLC,

                         Defendants and
                         Counter-Claimants,

    -v-

NW ROYALTY CONSULTING LLC,

                         Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference scheduled for May 5, 2026 at 5:00 p.m. ET is **ADJOURNED** to

**May 8, 2026 at 4:00 p.m. ET** on the Court's conference line.  The parties are directed to call

(855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
           May 5, 2026               SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**