UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK RUSSELL MUSIC LTD., | |
| Plaintiff, | |
| -v- | CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC) |
| | **ORDER** |
| 21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC, | |
| Defendants and Counter-Claimants, | |
| -v- | |
| NW ROYALTY CONSULTING LLC, | |
| Counter-Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on May 14, 2026, another telephone conference to discuss the status of the parties' execution of their settlement agreement is scheduled for **May 21, 2026, at 5:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:       New York, New York
             May 14, 2026                    SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**