UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,

Defendants and Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER ADJOURNING TELEPHONE CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 28, 2026, counsel for Plaintiff and Counter Defendant Jack Russell Music Ltd. emailed the Court requesting to adjourn for one week the final telephone conference to discuss the status of the parties' execution of their settlement agreement previously scheduled for today, September 11, 2026 at 12:30 p.m. ET (the "Request"). (See Dkt. No. 149). The Request is **GRANTED**. The Court notes this will be the final adjournment.

The final telephone conference scheduled for September 11, 2026 at 12:30 p.m. ET is **ADJOURNED** to **September 18, 2026 at 1:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 11, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**