UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,

Defendants and Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER ADJOURNING**
**TELEPHONE CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 16, 2026, counsel for Plaintiff and Counter Defendant Jack Russell Music Ltd. emailed the Court requesting to adjourn the final telephone conference to discuss the status of the parties' execution of their settlement agreement previously scheduled for September 18, 2026 at 1:00 p.m. ET (the "Final Conference") to a later time on the same day (the "Request"). The Request is **GRANTED**. The Court notes this will be the final adjournment.[1] The Court will not grant any further requests to reschedule the Final Conference.

The Final Conference scheduled for September 18, 2026 at 1:00 p.m. ET is **ADJOURNED** to **September 18, 2026 (the same day) at 1:30 p.m. ET** on the Court's conference line.[2] The

[1] This is the third adjournment of the Final Conference. (See Dkt. Nos. 149; 150).
[2] The Court has another conference in a separate matter beginning at 2:00 p.m. ET on September 18, 2026, and will therefore only have 30 minutes for this Final Conference.

parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 16, 2026

SO ORDERED.

______________________
**SARAH L. CAVE**
**United States Magistrate Judge**