UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL MUSIC LTD.,

Plaintiff,

-v-

21ST HAPILOS DIGITAL DISTRIBUTION, INC. and HAPILOS PUBLISHING LLC,

Defendants and Counter-Claimants,

-v-

NW ROYALTY CONSULTING LLC,

Counter-Defendant.

CIVIL ACTION NO. 23 Civ. 4906 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on September 18, 2026 (the "Conference") to discuss the status of the parties' execution of their settlement agreement (the "Agreement"). (Dkt. No. 151). At the Conference, the parties stated that they have resolved all their outstanding issues with the Agreement and expect to execute it in short order. By **September 30, 2026**, the parties shall file either: (i) a Stipulation of Dismissal; or (ii) a joint letter addressed to the Honorable Jeannette A. Vargas updating the Court on the status of executing the Agreement.

Dated: New York, New York
September 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**